# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LYNN SHAILER SMITH** a/k/a **LYNN SMITH** and **ROBERT JOHN SMITH** a/k/a **ROBERT SMITH,**
Appellants,

v.

**BANK OF AMERICA, NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-1101

[December 6, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 062011CA007372.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Kimberly S. Mello and Danielle M. Diaz of Greenberg Traurig, P.A., Tampa; and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***